UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TRANSFER ORDER**

**IT IS ORDERED** that the following Section "A" cases are hereby reallotted to Judge Barry W. Ashe, Section "M" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 16-32 | USA v. Stanton Guillory, et al |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 16-902 | SCF Waxler Marine, LLC v. Aris T M/V |
| c/w 16-959 | Valero Refining-New Orleans, LLC v. Marmaras Navigation Ltd., et al. |
| c/w 16-1022 | Motiva Enterprises LLC v. Aris T M/V, et al. |
| c/w 16-1060 | Shell Chemical LP v. Aris T M/V, et al. |
| c/w 16-1134 | In Re: In the Matter of Aris T Ene, et al. |
| c/w 16-1614 | In Re: Cenac Marine Services, LLC |
| 16-6984 | Reynolds v. Voelkel, et al. |
| 16-13350 | Knox v. Bisso Marine, LLC, et al. |
| c/w 18-6015 | Bisso Marine, LLC v. Dawn Services LLC, et al. |
| 17-491 | Cajun Services Unlimited LLC v. Benton Energy Service Company, et al. |
| c/w 18-5630 | Benton Energy Service Company v. Cajun Services Unlimited, LLC |
| c/w 18-5932 | Cajun Services Unlimited, LLC, et al. v. Benton Energy Service Company |
| 17-9695 | Shell Oil v. Freeport McMoRan |
| 17-7604 | McLaughlin v. BancorpSouth Insurance Services, Inc. |
| c/w 17-7836 | BancorpSouth Insurance Services, Inc. v. McLaughlin |
| 18-757 | EPL Oil & Gas v. Tana Exploration |
| 18-5303 | SEALED |
| 18-7945 | Plaintiff Doctor v. Hospital Service District No 3, et al. |

**IT IS FURTHER ORDERED** that the following Section "B" cases are hereby reallotted to Judge Barry W. Ashe, Section "M" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 16-179 | USA v. Martin |
| 17-166 | USA v. James |
| 18-0143 | USA v. Gable |
| 18-0151 | USA v. Variste |

### CIVIL ACTION CASES:

| | |
|---|---|
| 16-556 | Rombach v. Culepper |
| 16-3573 | RSDC v. M.G. Mayer |
| 16-15857 | Archbold-Garrett v. New Orleans |
| 16-16983 | St. Sauveur, et al v. Smart, et al. |
| 16-17435 | World Fuel v. M/V As Varesia |
| 17-2811 | Morse v. H&R |
| 17-4587 | Norberg v. Cenac |
| 17-4872 | Thinkstream v. First NBC |
| 17-5120 | Trevino v. Cross Barge |
| 17-5325 | Thoma-Sea v. GulfMark |
| 17-6656 | Bertrand v. Offshore |
| 17-7598 | Berg Spiral v. CSX |
| 17-7640 | Chet Morrison v. Devall |
| 17-9256 | Monroy v. Hendrix |
| 17-9681 | Siboney v. Berkley |
| 17-10584 | Lee v. Hartford |
| 17-10667 | Three C's Properties, Inc. v. Hamp's Construction, LLC, et al. |
| 18-3156 | Buck Kreihs v. RDC |

**IT IS FURTHER ORDERED** that the following Section "F" cases are hereby reallotted to Judge Barry W. Ashe, Section "M" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 16-116 | USA v. Butler, et al. |
| 18-50 | USA v. Raven |
| 18-136 | USA v. Armstrong |

### CIVIL ACTION CASES:

| | |
|---|---|
| 15-4948 | Dukes v. Zafiro Marine |
| 16-14017 | Pashayev v. Kevin Gros Consulting & Marine Services, Inc., et al. |
| 17-1548 | Fitch v. Entergy Corporation, et al. |
| 17-2882 | Naz, LLC v. Philips Healthcare |
| 17-7824 | Zuppardo v. United States of America |
| 17-13427 | Saeed et al v. Kamboj, et al. |
| 17-15943 | Fulmer et al v. United States of America |
| 17-17330 | Royal & Sun Alliance Insurance, PLC v. Access World USA, LLC, et al. |
| 17-17370 | Pittman et al v. Fab-Con, Inc., et al. |
| 18-2052 | Kidwell v. Ruby IV, LLC |
| 18-2288 | In Re: Larry Galloway, et al. |
| 18-3742 | Durr v. GOL, LLC, et al. |
| 18-4259 | Lexington Insurance Company, et al v. Marquette Transportation Company, LLC, et al. |
| 18-4402 | American General Life Insurance Company v. Whitaker |
| 18-4435 | Rambo v. Maersk Drilling USA, Inc., et al. |
| 18-6427 | Maichak v. Resolve Marine Group, Inc. |
| 18-6336 | Entergy Corporation and Subsidiary Companies v. United States of America |
| 18-6597 | Thorne v. Teleflex Medical Incorporated |

**IT IS FURTHER ORDERED** that the following Section "G" cases are hereby reallotted to Judge Barry W. Ashe, Section "M" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 15-138 | USA v. Bruce, et al. |
| 18-130 | USA v. Hennessey |
| 18-141 | USA v. Guidry |

### CIVIL ACTION CASES:

| | |
|---|---|
| 16-15459 | In Re: William Matthew Black |
| 17-446 | Leech et al v. 3M Company, et al. |
| 17-3509 | Talamo v. Fresenius Medical Care Management |
| 17-6620 | Smith v. JCC Fulton Development |
| 18-1090 | Iberia Bank v. Illinois Union |
| 18-2364 | Clark v. Thibodeaux |
| 18-2748 | Poincon v. Offshore Marine Contractors |
| 18-2919 | LaHatte v. Claims Consulting |
| 18-3112 | Jenkins v. Robert Murphy |
| 18-3141 | In re Willow Bend Ventures |
| 18-3146 | Henderson v. Haza Foods |
| 18-3412 | Peck v. LeBlanc |
| 18-4776 | Lewis v. Smith |
| 18-4778 | Topps Company v. Lapeyrouse, et al. |
| 18-5689 | Kirksey v. Doctor's Associates Inc. |
| 18-5751 | First Bank and Trust v. Gulf Engineering |
| 18-6910 | In re Willow Bend Ventures |
| 18-6999 | Quinn v. Palmer |

**IT IS FURTHER ORDERED** that the following Section "H" cases are hereby reallotted to Judge Barry W. Ashe, Section "M" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 13-137 | USA v. Evans, et al. |
| 18-084 | USA v. Newton |
| 18-121 | USA v. Briant |
| 18-153 | USA v. Davis |

### CIVIL ACTION CASES:

| | |
|---|---|
| 15-2624 | Lott v. L.H. Fournier & Associates |
| 16-2560 | Aker Solutions Inc. v. Shamrock Energy Solutions, LLC, et al. |
| 16-16215 | M/V Admiral Bulker v. United Bulk Terminals Davant LLC, et al. |
| 16-12950 | SEALED |
| 17-2258 | Compton v. Moncla Companies, LLC |
| 17-2323 | LLOG v. Federal Flange |
| 17-9566 | Yatzor v. Transocean Offshore Deepwater Drilling, Inc |
| 17-9899 | Smith v. Ochsner Health System, et al. |
| 17-10767 | CIT Bank v. Howard Transportation, Inc., et al. |
| 17-12206 | White v. Champagne |
| 17-15086 | Darby v. Tetra Technologies, Inc., et al |
| 17-17719 | Maitrejean v. Galliano |
| 18-1083 | Bisso v. Wyble |
| 18-3576 | Quinn v. Crescent Guardian, Inc. |
| 18-3738 | Peralta v. Rack Room Shoes |
| 18-3881 | Carroll v. U.S. Dept. of Interior |
| 18-5721 | Ruiz v. Masse Contracting |
| 18-5801 | Fisher v. USA |

**IT IS FURTHER ORDERED** that the following Section "I" cases are hereby reallotted to Judge Barry W. Ashe, Section "M" of this Court, effective as of the date of this Order.

## CRIMINAL ACTION CASES:

| | |
|---|---|
| 78-66 | USA v. Larry Edward Foster |
| 93-128 | USA v. Robert McDonald |
| 96-282 | USA v. David Castro, et al. |

## CIVIL ACTION CASES:

| | |
|---|---|
| 17-1933 c/w 17-2087 | Cox Operating, L.L.C. v. Settoon Towing, LLC, et al. In Re: Settoon Towing, L.L.C. |
| 17-5391 | In Re: In the Matter of Tara Crosby LLC |
| 17-9868 | Galliano Marine Service, LLC v. Schumacher, et al. |
| 18-1163 | Williams v. OSG Ship Management, Inc. |
| 18-2279 | Chevron Oronite Company LLC v. Jacobs Field Services North America Inc. |
| 18-3265 | Cimarex Energy Company et al v. Ryan Zinke, et al. |
| 18-4584 | Sojitz Energy Venture, Inc. v. Zinke, et al. |
| 18-4835 | Wilson v. Transocean Offshore Deepwater Drilling, Inc. |
| 18-5020 | Shell Offshore Inc. v. BP Exploration & Production Inc. |
| 18-5571 | Vaughan v. Alliance Offshore, L.L.C., et al. |
| 18-5733 | Lolly v. Galliano Marine Services, LLC, et al. |
| 18-6536 | Hosey v. University of New Orleans |
| 18-6601 | Markey v. Winn-Dixie Stores, Inc., et al. |
| 18-6620 | Whitley v. Premier Nissan, LLC et al |
| 18-6709 | Calogero v. Shows, Cali & Walsh, LLP, et al. |
| 18-7189 | 1200 Rampart Street Condominium Association Inc. v. Wright National Flood Insurance Company |
| 18-7665 | Clark v. Marrero Estelle Fire Department, et al. |

**IT IS FURTHER ORDERED** that the following Section "J" cases are hereby reallotted to Judge Barry W. Ashe, Section "M" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 79-394 | USA v. Jorge Perez |
| 81-389 | USA v. Rafael Balbuena |
| 90-295 | USA v. Frederick Pou |
| 00-305 | USA v. Cong Nguyen |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 17-10174 | Ford v. Hank's Food Store |
| 18-1785 | Champagne v. Martin, et al. |
| 18-2637 | Fosselman v. Jefferson Parish Sheriff Office, et al. |
| 18-2902 | Williams v. Lopinto, et al. |
| 18-3719 | Smith v. Tanner, et al. |
| 18-4762 | Ford v. Alois Binder Bakery |
| 18-4881 | Fountain v. United States of America, et al. |
| 18-4949 | Chouest v. Cigna Insurance Company |
| 18-5033 | Ford v. Second Wine Vine |
| 18-5216 | Zeigler v. Lakeview Medical Center, LLC |
| 18-5306 | Aquila v. Plantation Management Co., L.L.C., et al. |
| 18-6026 | Riggins v. Brother's Food Market and Petroleum |
| 18-6490 | Marin Holdings International Limited v. Frontera Offshore, Inc. |
| 18-6602 | Young v. Portfolio Recovery Associates, LLC |
| 18-7649 | Side by Side Redevelopment, Inc. v. New Orleans City, et al. |
| 18-7917 | Jackson v. St. Charles Parish Housing Authority Board of Commissioners, et al. |
| 18-8007 | Wheat v. Takata Corporation, et al. |
| 18-8088 | Brown v. Gusman, et al. |

**IT IS FURTHER ORDERED** that the following Section "L" cases are hereby reallotted to Judge Barry W. Ashe, Section "M" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 17-63 | USA v. Rene Keller |
| 17-172 | USA v. Aaron Rudolph, et al. |
| 18-33 | USA v. Darren Ruffin |

### CIVIL ACTION CASES:

| | |
|---|---|
| 16-14765 c/w 17-6495 | Kennett v. USAA General Indemnity Company, et al.<br>Covenant Enterprises, Inc. v. USAA General Indemnity Company |
| 17-7831 | Retif Oil & Fuel, LLC v. Offshore Specialty Fabricators, LLC, et al. |
| 17-8514 | Lacayo v. Iberia Crewboat & Marine Service, LLC, et al. |
| 17-5176 | Seilham et al v. Commonwealth Land Title Insurance Company |
| 17-10917 | Lewis v. Marquette Transportation Company, LLC, et al. |
| 17-10960 | Trigueros v. New Orleans City, et al. |
| 17-12423 | Bridges v. Personal Touch Healthcare Services, LLC, et al. |
| 17-17366 | Johnson v. Sunstone Canal Lessee, Inc., et al. |
| 18-738 | Buck v. McKusker, et al. |
| 18-953 | Smith v. Metro Security, Inc., et al. |
| 18-2164 | Deep South Equipment Company v. Jones Motor Group, Inc., et al. |
| 18-2880 | Green v. Waschke, et al. |
| 18-3739 | Jones v. American Bankers Insurance Company of Florida, et al. |
| 18-4186 | Gomez v. Aardvark Contractors, Inc., et al. |
| 18-5803 | Hunter v. Blanchard Contractors, Inc., et al. |
| 18-7446 | Matte v. Mobil Exploration and Producing North America Inc., et al. |
| 18-7731 | Joie de Vivre Hospitality, LLC v. Slumber Corners Master Tenant, LLC |

**IT IS FURTHER ORDERED** that the following Section "R" cases are hereby reallotted to Judge Barry W. Ashe, Section "M" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 18-20 | USA v. Brown, et al. |
| 18-51 | USA v. Mosquerao-Amari, et al. |
| 18-106 | USA v. Cervantes, et al. |
| 18-120 | USA v. Dejean |

### CIVIL ACTION CASES:

| | |
|---|---|
| 16-10141 | Mahrous, et al. v. LKM Enterprises |
| 16-16372 | Global Oil Tools v. Expeditors International of Washington, Inc., et al. |
| 16-17528 | Source Production & Equipment Co v. Schehr, et al. |
| 16-17784 | Schaefer v. Peralta, et al. |
| 17-1379 | Moore v. Toyota Motor Corp, et al. |
| 17-1545 | In the Matter of TK Boat Rentals, LLC |
| c/w 17-2445 | Beck, et al. v. TK Boat Rentals, L.L.C., et al. |
| c/w 17-3657 | In the Matter of Chase St. Clair |
| 17-4942 | John W. Stone Oil LLC, et al. v. Penn Maritime Inc., et al. |
| c/w 17-5700 | John W. Stone Oil Distributor, L.L.C. v. Kirby Corporation, et al. |
| 17-5769 | French v. Liberty Mutual Insurance Company, et al. |
| 17-9972 | Burks v. Wright Flood Insurance Services, LLC |
| 17-12623 | Hall v. Pipeline Safety LLC |
| 18-2545 | Orleans Parish School Board v. FEMA |
| 18-3104 | Rosales v. Rich's Car Wash, LLC |
| 18-4794 | McMullen v. Paisley Court, LLC |
| 18-6109 | Figueroa, II v. Harris Cuisine LLC, et al. |
| 18-6610 | Texas Brine Company, LLC v. American Arbitrators Association, Inc., et al. |

**NEW ORLEANS, LOUISIANA,** this __10th__ day of September, 2018.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**