UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-032** |
| **v.** | * | **SECTION: "M"** |
| **LOUIS AGE, JR., ET AL.** | * | |

\* \* \*

**NOTICE OF INTENT NOT TO SEEK THE**
**DEATH PENALTY AGAINST ALL DEFENDANTS**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully provides notice that the government will not seek the death penalty against the defendants, Louis Age, Jr., Louis Age, III, Ronald Wilson, Kendrick Johnson, and Stanton Guillory, for any crimes charged in the Superseding Indictment.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY


/s/ Myles D. Ranier
MYLES D. RANIER
Assistant United States Attorney
La. Bar Roll Number 30029
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3087
Myles.Ranier@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                            /s/ Myles D. Ranier
                                                            MYLES D. RANIER
                                                            Assistant United States Attorney