UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-032 |
| KENDRICK JOHNSON | SECTION: M |

## ORDER

Defendant's motion to reopen detention hearing and for pretrial release has been referred to the Criminal Duty Magistrate Judge. Record Doc. Nos. 232.

Accordingly, IT IS ORDERED that a hearing to reopen detention is set for April 3, 2019 at 11:30 a.m. before Chief United States Magistrate Judge Karen Wells Roby.

New Orleans, Louisiana, this 12th day of March 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE