UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 16-32 |
| | * | SECT. M |
| KENDRICK JOHNSON | | |
| | * | MAG: 1 |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING the foregoing Motion and Incorporated Memorandum to Re-Set Hearing Date on Defendant Kendrick Johnson's Motion to Re-Open Detention Hearing and for Pretrial Release, Rec. Doc. 232, and good grounds appearing therefor, it is hereby ORDERED that the motion is GRANTED and the hearing date for Kendrick Johnson's Motion to Re-Open Detention Hearing and for Pretrial Release, Rec. Doc. 232, is hereby re-set from April 3, 2019, to April 17, 2019, at 11:30 a.m.

This 27th day of March, 2019.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE