UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 16-32 |
| LOUIS AGE JR. | * | |
| LOUIS AGE III | | |
| RONALD WILSON JR. | * | SECT. M |
| KENDRICK JOHNSON | | |
| STANTON GUILLORY | * | MAG: 1 |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 12th day of December, 2019, at 1:30 o'clock p.m., defendant Kendrick Johnson will bring for hearing his Motion to Sever, before the Hon. Judge Barry W. Ashe in the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

/s/ Herb V. Larson
Herbert V. Larson, Jr. (La. Bar No. 8052)
Attorney for Kendrick Johnson
The Law Offices of Herbert V. Larson, Jr.
700 Camp Street
New Orleans, LA 70130
(504) 528-9500
hvl@hvllaw.com

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Attorney for Kendrick Johnson
Law Offices of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

      /s/Stephen Haedicke