UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 2:16-32 |
| VERSUS | JUDGE BARRY W. ASHE |
| LOUIS AGE JR.<br>LOUIS AGE III<br>RONALD WILSON JR<br>KENDRICK JOHNSON<br>STANTON GUILLORY | |

**O R D E R**

Considering the Motion for Leave to File a Reply Memorandum (R. Doc. 323);

IT IS ORDERED that the Motion is GRANTED and that Kendrick Johnson's Reply to the United States' Opposition to his Motion to Sever Defendants shall be filed into the record.

New Orleans, Louisiana, this 19th day of December, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE