MINUTE ENTRY
January 10, 2020
ASHE, J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE JR.<br>LOUIS AGE III<br>     a/k/a "Big Lou"<br>RONALD WILSON JR.<br>KENDRICK JOHNSON<br>STANTON GUILLORY<br>     a/k/a "Nan Nan" | SECTION: M |

A status conference was held on January 10, 2020, at 9:00 a.m. to discuss the trial date with the participation of Elizabeth Privitera on behalf of the United States of America; Kerry Cuccia on behalf of Stanton Guillory; Richard Bourke on behalf of Louis Age, Jr.; Steven Lemoine on behalf of Louis Age, III; Jessica Mullaly on behalf of Ronald Wilson, Jr; and Herbert Larson, Jr., on behalf of Kendrick Johnson. The parties have shown good cause warranting continuance. In accordance with the provisions of 18 U.S.C. § 3161, this Court finds that the period of delay resulting from the granting of this continuance should be excluded under the provisions of the Speedy Trial Act. The following dates and deadlines were selected:

A jury trial will commence on **September 28, 2020, at 8:30 a.m.** and is expected to last about fifteen (15) days.

The pretrial conference will be held on **September 16, 2020, at 10:30 a.m.**

The parties will coordinate to propose other dates and deadlines.

JS10 (00:26)

**THE COURT SPECIFICALLY FINDS,** pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

**THE COURT FURTHER SPECIFICALLY FINDS,** pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), that failure to grant the requested continuance in this case could result in a miscarriage of justice, given the current state of discovery.

**THE COURT FURTHER SPECIFICALLY FINDS,** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), that the failure to grant such a continuance would deny the defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence.