UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE JR.<br>LOUIS AGE III<br>    a/k/a "Big Lou"<br>RONALD WILSON JR.<br>KENDRICK JOHNSON<br>STANTON GUILLORY<br>    a/k/a "Nan Nan" | SECTION: M (1) |

## ORDER

Considering the motions by defendants Ronald Wilson Jr. and Kendrick Johnson (R. Docs. 484 & 485) to adopt defendant Louis Age Jr.'s motion to quash the indictment and stay the proceedings (R. Doc. 483),

IT IS ORDERED that the motions by Wilson and Johnson (R. Docs. 484 & 485) to adopt Age's motion are GRANTED.

New Orleans, Louisiana, this 27th day of January, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE